**Order entered September 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00134-CR

**HAMID SHOHREH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82213-2013**

## ORDER

The Court **REINSTATES** the appeal.

On August 19, 2014, we granted appellant's motion to abate the appeal to allow the trial court to prepare findings of fact and conclusions of law on appellant's motion in arrest of judgment and motion for new trial. On September 25, 2014, we received a supplemental clerk's record containing the trial court's findings and conclusions. On August 19, 2014, the Court received appellant's brief and on September 17, 2014, appellant filed additional authorities.

The Court **ORDERS** the appellant's brief received on August 19, 2014 filed as of the date of this order. Appellant may file an amended or supplemental brief addressing the trial court's findings of fact and conclusions of law within **THIRTY DAYS** of the date of this order.

The State's brief is due within **SIXTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE